DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TROPICAL PARADISE RESORTS, LLC,** et al.,
Appellants,

v.

**JAQUELINE FLYNN-MORGAN,** et al.,
Appellees.

No. 4D2024-2521

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE20020746.

Mitchel Chusid and Elizabeth Hueber of Chusid, Katz & Sposato, LLP, Coral Springs, for appellant.

Hudson C. Gill of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA, Fort Lauderdale, for appellee City of Fort Lauderdale.

No appearance for Jacqueline Flynn-Morgan.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***